Argued July 24, judgment vacated;
appeal dismissed September 10, 1975

PARELIUS ET AL, *Appellants, v.* CITY OF
LAKE OSWEGO ET AL (No. 86232), *Respondents.*
539 P2d 1123

*Louis J. Fasano,* Portland, argued the cause for appellants. With him on the briefs were Lovett, Stiner & Fasano, P.C., Portland.

*James A. Cox,* Lake Oswego, argued the cause and filed the brief for respondents.

Before SCHWAB, Chief Judge, and THORNTON and LEE, Judges.

SCHWAB, C. J.

This is a writ of review proceeding challenging on numerous grounds the action of the city council of Lake Oswego in downzoning (by reducing the permis-

sible density) a 72.9-acre area containing, as near as we can tell from a sketchy record, at least 23 single family homes, a National Guard armory, a church, and several large tracts of undeveloped property with the various parcels, developed and undeveloped, in widely diverse ownership.

We do not reach the merits here. As pointed out in *Culver v. Dagg,* 20 Or App 647, 532 P2d 1127, Sup Ct *review denied* (1975), the rezoning of a substantial area made up of numerous separately owned parcels of property is a legislative and not a judicial matter and as such is not subject to judicial scrutiny in a writ of review proceeding. If the city's action here is to be challenged, it must be done in some other form of proceeding.

Judgment vacated; appeal dismissed.